ERASTINE W. WEISMANN and Others, Appellants, v. CORPORATE INVESTING

COMPANY, Defendant, and WESTCHESTER CONSERVATORY OF MUSIC, INC., Respondent.— Order denying plaintiffs' motion for a temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.